UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE

| | | |
|---|---|---|
| Leslie Dionne Hughes, | ) | CASE NO. 17-52260-LRC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| Movant. | ) | CONTESTED MATTER |
| vs. | ) | |
| Department of the Treasury-Internal | ) | |
| Revenue Service, | ) | |
| Respondent. | ) | |

**OBJECTION TO PROOF OF CLAIM FILED BY DEPARTMENT OF THE TREASURY-
INTERNAL REVENUE SERVICE ON MARCH 15, 2017 IN THE AMOUNT OF
$4,996.00, CLAIM NO. 1-1**

COMES NOW, Debtor and hereby objects to Respondent's claim in this Chapter
13 Case, and shows the Court as follows:

1.

This case was commenced by the filing of a Voluntary Petition for relief in
Bankruptcy under Chapter 13 of Title 11 of the United States Code on February 6,
2017.

2.

Respondent has filed a priority claim in the amount of $4,996.00, Claim No. 1-1.
Debtor objects to this claim as Debtor has filed her 2016 tax returns and does not owe
any money to the Internal Revenue Service.

WHEREFORE, Debtor respectfully requests the claim of Respondent currently being funded through the Chapter 13 plan be disallowed.


Dated: May 24, 2017                            _____ /s/
                                         Joy Nesmith, Attorney for Debtor
                                         Georgia Bar No. 161502
                                         Baxter & Nesmith, LLC
                                         3300 Buckeye Road
                                         Buckeye Tower, Suite 320
                                         Atlanta, GA  30341
                                         Phone: (678) 399-2385
                                         Fax: (678) 399-2385
                                         joyn@baxternesmith.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE

| | | |
|---|---|---|
| Leslie Dionne Hughes, | ) | CASE NO. 17-52260-LRC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| Movant. | ) | CONTESTED MATTER |
| vs. | ) | |
| Department of the Treasury-Internal | ) | |
| Revenue Service, | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Leslie Dionne Hughes has filed an "Objection to Proof of Claim" and related papers with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the objection in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW. Atlanta, Georgia 30303 at 1:45 p.m. on June 29, 2017.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.).  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You must also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response,  you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.   The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 24, 2017                                                                              /s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No. 161502
Baxter & Nesmith, LLC
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA  30341

Phone: (678) 399-2385
Fax: (678) 399-2385
joyn@baxternesmith.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE

| | | |
|---|---|---|
| Leslie Dionne Hughes, | ) | CASE NO. 17-52260-LRC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| Movant. | ) | CONTESTED MATTER |
| vs. | ) | |
| Department of the Treasury-Internal | ) | |
| Revenue Service, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within "Objection to Claim" and "Notice of Hearing" filed in this Bankruptcy Case upon the following electronically and/or by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Robin Harris
Bankruptcy Specialist
Internal Revenue Service
401 W Peachtree St, NW
M/S 334-D
Atlanta, GA 30308-3539

U.S. Attorney General
U.S. Department of Justice
PO Box 14198
Ben Franklin Station
Washington, D.C. 20044

Dated: May 24, 2017

_____ /s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No. 161502
Baxter & Nesmith, LLC
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA  30341
Phone: (678) 399-2385
Fax: (678) 399-2385