LESLIE D. HUGHES,

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN -1  PM 12: 56

MARIGNA THOMAS
CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No.: 17-52260-LRC CHAPTER 13 |
| LESLIE DIONNE HUGHES | **EMERGENCY** |
| DEBTOR | **MOTION IN OPPOSITION TO WITHDRAWAL OF COUNSEL** |
| | **MOTION FOR HEARING** |

## DEBTOR'S RESPONSE AND OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW

**COMES NOW**, debtor Leslie D. Hughes in the above captioned matter files this response in opposition to the Motion to Withdraw and in support thereof would show the following:

1. Counsel fails to state any just cause to withdraw. Debtor's Counsel motion did not comply with Bankruptcy Local Rule 9010-5 governs the policies and procedures for attorneys seeking to withdraw as counsel. **(SEE ATTACHED EXHIBIT 1)**

Counsel will not ordinarily be allowed to withdraw if withdrawal would delay the progress of an adversary proceeding or contested matter.

1

Counsel will not ordinarily be allowed to withdraw if withdrawal would delay the progress of an adversary proceeding or contested matter.

a. Unless the withdrawal is with the client's consent, that the client has 14 days from the date of service of the notice to contact the attorney and state any objections to the attorney's withdrawal.

b. The Debtor advised counsel immediately of her objections. Debtor did not have 14 days prior to filing. It appears that Counsel filed the Motion and then mailed notice to the debtor.

c. Counsel was made fully aware of the great hardship this withdrawal would place the debtor. Counsel is fully aware of the physical and mental strain this proceeding has already placed on the debtor.

2. Should debtors counsel be permitted to withdraw it would work to prejudice the debtor's bankruptcy case and the related adversarial case. Causing additional undue delay and stress on the debtor.

3. Counsel's withdrawal cannot be accomplished without material adverse effect on the debtor's interests.

4. Rule 1.16 provides for mandatory withdrawal from representation of a client only if: (1) the representation will result in violation of the Rules of Professional Conduct or other law; (2) the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client; or (3) the lawyer is discharged.

5. Legal representation should not be denied to people who are unable to afford legal services, or whose cause is controversial or the subject of popular disapproval. Debtor provided to Counsel specific documents to support her case. Counsel did not object as to the validity of the documents, counsel next reaction was to inform debtor of motion to withdraw.

6. Difference of opinions is not a compelling reason for withdrawal.

7. Debtor request a hearing with respect to the withdrawal of Counsel and the extreme hardship this is placing on the debtor.

**WHEREFORE** debtor request the court deny Counsels request and withdraw the order granting Counsel's Motion to Withdraw and that the Court Grant debtor a hearing to address the issues raised as debtor is without much needed Counsel.

Dated this 30th day of May, 2018

*Leslie Hughes*
LESLIE D. HUGHES

3

# EXHIBIT 1



**Baxter & Nesmith, LLC**

*Attorneys at Law*

3300 Buckeye Road, Buckeye Tower, Suite 320, Atlanta, GA 30341
Phone: (404) 809-3423 • Fax: (678) 399-2385 • Website: baxternesmith.com

May 14, 2018

Leslie Dionne Hughes
11700 Registry Blvd
Hampton, GA 302258

RE: Bankruptcy Case No. 17-52260-LRC

Dear Ms. Hughes:

Enclosed you will find the following:

1. A Motion to Withdraw as to your Bankruptcy Case Number 17-52260-LRC and
2. An unsigned Order to Withdraw as to Bankruptcy Case Number 17-52260-LRC

The Motion to Withdraw will be filed immediately based upon the fact that you do not accept the legal advice given to you in regards to your representation in the above referenced case. If you have any objections to our withdrawal, you must make it known within 14 days of the motion being filed. Please read the Motion thoroughly so that you know what court dates you have scheduled, and so that you understand your obligations in regards to your pending bankruptcy matters for Case Number 17-52260-LRC. Once the Court has signed the Order permitting us to withdraw, we will no longer be your Counsel of Record. You will have no counsel. Therefore, due to your pending bankruptcy matters, I urge you to obtain new counsel immediately.

Below is the contact information for the Counsels of Record and/or Creditors in any pending matters in your bankruptcy case:

1. There is no Attorney of Record for Portfolio Recovery Associates, LLC. However there is a Bankruptcy Representative listed on the Proof of Claim and the Representative's information is:
Kristin L. Adams, Bankruptcy Representative
PRA Receivables Management, LLC
P.O. Box 41067
Norfolk, VA 23541
Phone Number: (877) 829-8298
Email: Bankruptcy_Info@portfoliorecovery.com

2. Mallory Velten, Attorney for Federal National Mortgage Association ("Fannie Mae")
   Brock & Scott, PLLC
   4360 Chamblee Dunwoody Road
   Suite 310
   Atlanta, GA 30341
   Phone: (770) 817-8883
   Email: mallory.velten@brockandsott.com

3. Melissa J. Davey, Chapter 13 Trustee
   Mandy Kathleen Campbell, Staff Attorney for Chapter 13 Trustee
   260 Peachtree Street, NW
   Suite 200
   Atlanta, GA 30303
   Phone: (678) 510-1444
   Email: mail@13trusteeatlanta.com

Please note that I will file an application for compensation with the Court for the work that I have completed in your case. You will receive a copy of the application for compensation at the time of filing.

Best regards,

*Joy Nesmith*

Joy Nesmith, Attorney
Baxter & Nesmith, LLC

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| ) | |
| Leslie Dionne Hughes, ) | |
| ) | CASE NO.: 17-52260-LRC |
| Debtor. ) | |
| ) | JUDGE RITCHEY-CRAIG |
| ) | |
| _____ ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

COMES NOW, Joy Nesmith and Baxter & Nesmith, LLC (collectively referred to herein as "Counsel") and moves the Court to issue an Order permitting withdrawal as counsel of record for Leslie Dionne Hughes ("Debtor"). In support of this Motion, Counsel shows the Court the following:

1. Debtor does not accept the legal advice given by Counsel, thereby rendering it impossible for Counsel to continue to adequately represent Debtor in her Chapter 13 Bankruptcy Case Number 17-52260-LRC.

2. Counsel wishes to Withdraw as counsel of record for the Debtor.

3. Counsel has notified Debtor that it intends to withdraw from such representation.

4. The undersigned hereby certifies that on May 14, 2018, Counsel sent the attached letter and proposed Motion to Withdraw to Debtor. The Debtor was informed of Counsel's intention to withdraw on May 14, 2018 in writing via e-mail and mail. (See Exhibit A – Letter of Intent to Withdraw, Motion to Withdraw, and Proposed Order)

5. This Court retains jurisdiction of the referenced action.

6. The Debtor is aware that they have the burden to keep the Court informed where notices,

pleadings, or other papers may be served on her.

7. The Debtor is aware that obligation to prosecute her open bankruptcy case.

8. If the Debtor fails and refuses to meet these burdens, she is aware that she might suffer adverse consequences.

9. Debtor is aware that a hearing on the Objection to Claim against Portfolio Recovery Associates, LLC is scheduled for July 10, 2018 at 1:45 p.m. in Courtroom 1204 on the 12th Floor of the Richard Russell Federal Building located at 75 Ted Turner Drive, SW, Atlanta, GA 30303

10. Debtor is aware that a hearing on the Motion for Relief filed by Fannie Mae will likely be scheduled for July 17, 2018 at 2:00 p.m. in Courtroom 1204 on the 12th Floor of the Richard Russell Federal Building located at 75 Ted Turner Drive, SW, Atlanta, GA 30303 and that she will receive notice of the hearing from the Court.

11. There are no known other scheduled proceedings at this time that would be affected by the withdrawal of Counsel.

12. Service of notices may be made to the Debtor by mailing a copy hereof to her last known address which is :

>   Leslie Dionne Hughes
>   2270 Charleston Place
>   Lithia Springs, GA 30122

13. Debtor was advised that, if she does not consent to Counsel's withdrawal, she has the right to object within fourteen (14) days of the date of the notice by filing her objection with the clerk of Bankruptcy Court which is located at 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA 30303.

WHEREFORE, Counsel requests that the Court issue an Order in the form attached

hereto as Exhibit B permitting Counsel to withdraw from further representation of the Debtor.

Respectfully submitted this the 14th day of May 2018

_____/s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No.: 161502
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA  30341
Phone: (404) 809-3423
Fax: (678) 399-2385
Email: joyn@baxternesmith.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: _Leslie Dionne Hughes_ )    Case No: ~~[redacted]~~
_PRO SE_ )
_Plaintiff_ )    Chapter: _13_
 )    _# 17-05169-LRC_
 )
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _1_ day of _June_, 20_18_ I served a copy of

_____

which was filed in this bankruptcy matter on the _1_ day of _June_, 20_18_
_Motion in opposition._

Mode of service (check one):    ☒ MAILED    ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

_See attached mailing List_

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: _June 1, 2018_    Signature: _Leslie D. Hughes_

Printed Name: _Leslie D. Hughes_

Address: _2270 Charleston Place_
_Lithia Springs, GA 30122_

Phone: _(770) 639-9727_

(Generic Certificate of Service – Revised 4/13)

MELISSA J. DAVEY
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE ST NW #200
ATLANTA, GA 30303

Attorney At Law
Baxter & Nesmith, LLC
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA 30341

The above have all been served with: **MOTION IN OPPOSITION TO WITHDRAW AND REQUEST FOR HEARING**