IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LESLIE DIONNE HUGHES, | : | |
| | : | |
| Appellant/Debtor, | : | CIVIL ACTION NO. |
| | : | 1:20-cv-04558-LMM |
| v. | : | |
| | : | |
| UNNAMED APPELLEE(S), | : | |
| | : | |
| | : | |
| Appellee. | : | |

## ORDER

On December 8, 2020, the Court received notification that Appellant Leslie Dionne Hughes paid the appeal filing fee to the United States Bankruptcy Court. Accordingly, the Clerk is **DIRECTED** to **REOPEN** this case and enter the USBC Rule 8010(b)(3) Notice and Bankruptcy Appeal Briefing Schedule.

**IT IS SO ORDERED** this 10th day of December, 2020.

_____
**Leigh Martin May**
**United States District Judge**